1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                   CENTRAL DISTRICT OF CALIFORNIA
8
9
10  ROBERT LEE SMITH,                )   No. EDCV 07-908 JSL (FFM)
                                     )
11              Petitioner,          )
                                     )   JUDGMENT
12       v.                          )
                                     )
13  KEN CLARK, Warden,               )
                                     )
14              Respondent.          )
    _____ )
15
16       Pursuant to the Order Adopting Findings, Conclusions and Recommendations of
17  United States Magistrate Judge,
18       IT IS ADJUDGED that the Petition is dismissed with prejudice.
19
20  DATED:  Sept 12, 2011
21
22                                    _____
23                                         J. SPENCER LETTS
                                       United States District Judge
24
25
26
27
28